Whitley Legal Group, P.C.
17550 N. Perimeter Dr., Suite 130
Scottsdale, AZ  85255
Tel:  (480) 393-0404
Fax:  (480) 365-0356
jeff@whitleylegalgroup.com

Jeffrey C. Whitley, #019366
*Attorneys for Plaintiff*
*Diffusion Group, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Diffusion Group, LLC, an Arizona limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> Empower Marketing, Inc., a Virginia corporation, <br><br> Defendant. | Case No.: <br><br> **COMPLAINT** <br><br> (Jury Trial Demanded) |

Plaintiff Diffusion Group, LLC, an Arizona limited liability company, by and through its undersigned counsel, for its Complaint against Defendant Empower Marketing, Inc., a Virginia corporation, hereby states and alleges as follows:

NATURE OF THE ACTION

1. This action arises under the Lanham Act §43(a), 15 U.S.C. §1114 and §1125(a), and includes a pendent state law claim for unfair competition.

1

## THE PARTIES

2. Plaintiff Diffusion Group, LLC d/b/a MeltMedia ("MeltMedia"), at all times relevant to this Complaint, was and is a limited liability company organized and existing under the laws of the State of Arizona.

3. Plaintiff MeltMedia does business throughout the United States of America and in the State of Arizona and has its headquarters in the State of Arizona.

4. On information and belief, Defendant Empower Marketing, Inc. d/b/a Marketing Mojo ("Marketing Mojo") is a corporation organized and existing under the laws of the State of Virginia.

5. On information and belief, Marketing Mojo does business throughout the United States of America and in the State of Arizona.

## JURISDICTION AND VENUE

6. Jurisdiction is proper in this Court under the Lanham Act, 15 U.S.C. § 1114 and §1125(a), and pursuant to 28 U.S.C. §1331 and 1338 because this claim arises under an Act of Congress related to trademarks and unfair competition.

7. This Court has personal jurisdiction over the Defendant and venue is proper in this judicial district pursuant to 28 U.S.C. §1391(a), (b) and (c) in that all parties are residents of, or transact business in, the District of Arizona.

## ALLEGATIONS COMMON TO ALL COUNTS

8. Founded in 2000, MeltMedia is a digital marketing company.

9. It designs and builds websites, optimizes websites for search engines, designs and builds content for digital advertising, social media and e-mail marketing campaigns, and designs and builds mobile device applications.

1  10. MeltMedia has won numerous awards for its services. It won the Interactive Media Council's Outstanding Achievement award in 2010 for its work on the Genentech eDetail Platform. It was also recognized as one of the *Inc.* Magazine's "Inc. 5000" from 2009 through 2013.

11. MeltMedia is the registered owner of a federal trademark registration, No. 3530856, for a design mark in the shape of the letter "M" (the "M Mark") for "Custom design of web applications based on personal selections made by the customer; Design, development and implementation of software." A printout from the USPTO database showing the registration of the M Mark is attached hereto as Exhibit A.

12. The M Mark has been used in commerce continuously by MeltMedia for the above-referenced services since December of 2002.

13. Attached hereto as Exhibit B are multiple examples of the M Mark in use on MeltMedia's website and marketing materials.

14. On information and belief, Marketing Mojo uses a mark nearly identical to the M Mark (the "Marketing Mojo Mark").

15. Marketing Mojo uses the Marketing Mojo Mark as a service mark in doing business at the domain name www.marketing-mojo.com.

16. Attached hereto as Exhibit C are pages from the www.marketing-mojo.com website demonstrating Marketing Mojo's use of the Marketing Mojo Mark as a service mark for its services.

17. Marketing Mojo uses the Marketing Mojo Mark as a mark for search engine optimization, social media and display advertising, search advertising, content marketing, search engine analytics consulting, and marketing automation consulting.

18.     Many of Marketing Mojo's services directly overlap with MeltMedia's services. For example, search engine optimization ("SEO") frequently requires building and modifying websites to be more findable to Internet searches. Attached hereto as Exhibit D are pages from Marketing Mojo's website demonstrating that Marketing Mojo's services incorporate SEO.

19.     Likewise, Marketing Mojo's paid media and online advertising services assist its customers with social media (such as LinkedIn, Facebook, or Twitter), display advertising and search marketing (such as Google AdWords). Attached hereto as Exhibit E are pages from Marketing Mojo's website demonstrating that Marketing Mojo performs these services.

20.     Such marketing services involve the creation, testing and optimization of web pages to improve the "conversion rate" of customers. *See* Exhibit E.

21.     In addition, Marketing Mojo's content marketing services involve the development of website and mobile application content to optimize traffic, leads and sales. Attached hereto as Exhibit F are pages from Marketing Mojo's website demonstrating that Marketing Mojo assists its customers with website and mobile application content.

22.     Marketing Mojo's services are either identical to or closely related to the services offered by MeltMedia.

23.     On information and belief, Marketing Mojo did not begin offering its services until well after MeltMedia began using the M Mark.

24.     On information and belief, Marketing Mojo has done business in the State of Arizona and continues to do business in the State of Arizona.

## COUNT ONE:

## TRADEMARK INFRINGEMENT (LANHAM ACT § 32 and §43(a))

25. Plaintiff hereby incorporates the allegations contained in Paragraphs 1-24 above as if fully set forth herein.

26. MeltMedia's M Mark is identical and confusingly similar to the Marketing Mojo Mark.

27. Marketing Mojo's use of the Marketing Mojo Mark is likely to confuse the public as to the origin or sponsorship of Marketing Mojo services and Marketing Mojo's affiliation with MeltMedia.

28. MeltMedia has been and is currently being harmed by Marketing Mojo's false designation of origin of its services.

29. On information and belief, Marketing Mojo's actions are intentional, wanton, willful and committed in bad faith with the intent to confuse and deceive the public.

## COUNT TWO:

## UNFAIR COMPETITION

30. Plaintiff hereby incorporates the allegations contained in Paragraphs 1-29 above as if fully set forth herein.

31. MeltMedia and Marketing Mojo are competitors in the fields of website development, software development, and mobile application development.

32. Marketing Mojo is unfairly competing with MeltMedia by marketing its search engine optimization, social media and display advertising, search advertising,

1  content marketing, search engine analytics consulting, and marketing automation
2  consulting services using the Marketing Mojo Mark.

3  　　33.　　Marketing Mojo's actions as alleged herein constitute unfair competition
4  under Arizona common law.

5  　　34.　　Marketing Mojo's actions are intentional, wanton, willful and committed in
6  bad faith with the intent to confuse and deceive the public.

7  　　WHEREFORE, Plaintiff prays that judgment be entered against Marketing Mojo
8  as follows:

9  　　a.　　For compensatory damages in an amount to be proven at trial;

10 　　b.　　For a preliminary and permanent injunction enjoining Marketing Mojo
11 from using the Marketing Mojo Mark;

12 　　c.　　For damages to be trebled in view of the willfulness of Marketing Mojo's
13 acts in infringing upon MeltMedia's M Mark;

14 　　d.　　For MeltMedia's reasonable attorneys' fees and court costs incurred herein,
15 plus interest at the rate of ten percent (10%) per annum from the date of judgment until
16 paid; and

17 　　e.　　For such other and further relief as this Court deems just and proper.

18 　　DATED this 9th day of March, 2015.

19 　　　　　　　　　　　　　　　　　　　WHITLEY LEGAL GROUP, P.C.

20 　　　　　　　　　　　　　　　　　　　s/Jeffrey C. Whitley
　　　　　　　　　　　　　　　　　　　　Jeffrey C. Whitley
21 　　　　　　　　　　　　　　　　　　　WHITLEY LEGAL GROUP, P.C.
　　　　　　　　　　　　　　　　　　　　17550 N. Perimeter Dr., Suite 130
22 　　　　　　　　　　　　　　　　　　　Scottsdale, AZ  85255
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
23 　　　　　　　　　　　　　　　　　　　*Diffusion Group, LLC*